ELLIOT GIPSON PC
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@elliotgipson.com
BRIANNA N. LOGAN (State Bar No. 347947)
BLogan@elliotgipson.com
15260 Ventura Blvd., Suite 835
Los Angeles, California 91403
Telephone: 310.817.1268

Attorneys for Defendant and
Counterclaim Plaintiff CBMG, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DIEGO BASILE, professionally known as ATLXS, an individual,

Plaintiff

v.

CBMG, LLC, doing business as BROKE, a Delaware limited liability company, DOES 1-10 inclusive,

Defendant.

CBMG, LLC, a Delaware limited liability company,

Counterclaim Plaintiff

v.

DIEGO BASILE, professionally known as ATLXS, an individual,

Counterclaim Defendant.

CASE NO. 2:25-CV-10051-MCS-RAO

**NOTICE OF SETTLEMENT**

Judge:        Hon. Mark C. Scarsi
Courtroom:    7C, 7th Floor

Action filed:   October 20, 2025
FAC filed:      November 25, 2025
Trial date:     December 15, 2026

ELLIOT GIPSON PC

NOTICE OF SETTLEMENT

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE t**hat pursuant to Local Rule 40-2 and Section 14 of Judge Mark C. Scarsi's Initial Standing Order (the "Standing Order"), Plaintiff and Counterclaim Defendant Diego Basile, and Defendant and Counterclaim Plaintiff CBMG, LLC (hereinafter collectively the "Parties") by and through their attorneys of record, hereby give notice to the Court that they have reached a settlement in principle resolving the entire case.

In accordance with Section 14 of the Standing Order, the Parties intend to dismiss the entire case with prejudice no later than September 18, 2026.

DATED:  August 5, 2026

**ELLIOT GIPSON PC**
ELLIOT B. GIPSON
BRIANNA LOGAN


By_____/s/ *Brianna Logan*_____
       BRIANNA LOGAN
Attorneys for Defendant and Counterclaim Plaintiff CBMG, LLC

DATED:  August 5, 2026

**JOHNSON & JOHNSON**
FRANK TRECHSEL


By___/s/ *Frank Treschel*_____
       FRANK TRECHSEL
Attorneys for Plaintiff and Counterclaim Defendant Diego Basile

1

NOTICE OF SETTLEMENT

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Brianna Logan, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 5, 2026

**ELLIOT GIPSON PC**
BRIANNA LOGAN


By_____ /s/ *Brianna Logan*_____
BRIANNA LOGAN
Attorneys for Defendant and Counterclaim
Plaintiff CBMG, LLC

ELLIOT GIPSON PC

2
NOTICE OF SETTLEMENT